**JOHN A. BURDICK, JR.**
*Attorney at Law*
*679 Pleasant Street*
*Paxton, Massachusetts 01612*

FILED
IN CLERK'S OFFICE

2009 AUG 17  P 12: 13

U.S. BANKRUPTCY COURT
DISTRICT OF MASS.

*Tel: (508) 752-4633*
*Fax: (508) 754-1071*

August 12, 2009

Clerk's Office
United States Bankruptcy Court
Donohue Federal Building
595 Main Street, Room 211
Worcester, Massachusetts 01608-2076

RE:   Ashton International Media, Inc.
      Chapter 7, Case No. 04-46704-JBR

Dear Sir/Madam:

    Enclosed herewith please find Trustee's Affidavit of Unclaimed Funds along with a Certificate of Service for the above-entitled matter.

    Kindly file same.

Very truly yours,

John A. Burdick, Jr.

JAB/emg
Enclosure

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE: )
)
Ashton International Media, Inc., )   Chapter 7
)   Case No. 04-46704-JBR
)
Debtor )
_____)

### TRUSTEE'S AFFIDAVIT OF UNCLAIMED FUNDS

John A. Burdick, Jr., Trustee respectfully reports that:

Pursuant to Rule 3011 of the Federal Rules of Bankruptcy, dividends not paid to creditors shall be turned over to the Court to be treated as provided in Section 347(a) of the Code.

Said Trustee's proposed distribution was approved for payment. Said Trustee made a final distribution on January 21, 2009. The following checks totaling $105.43 remains unclaimed and uncashed.

| Claimant | Check Amount |
|---|---|
| Rob Brodie<br>286 Stewart Street, Apt. 2B<br>Ottawa, Ontario Canada, KIN6K4 | $ 66.91 |
| Chris Malone<br>93646 Mallard Lane<br>North Bend, Oregon 97459 | $ 16.22 |
| Barbara Louver<br>10482 Jonestown Road<br>Annville, Pennsylvania 17003 | $ 22.30 |

Enclosed is a check for $105.43
Dated: August 12, 2009

John A. Burdick, Jr.(BBO#547650)
679 Pleasant Street
Paxton, Massachusetts 01612
(508) 752-4633
jburdick1960@charterinternet.com

FILED
IN CLERK'S OFFICE
2009 AUG 17 P 12: 13
BANKRUPTCY COURT
DISTRICT OF MASS.